IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMES REEVES**                                                                                       **PLAINTIFF**

V.                            **CASE NO.: 3:09CV00178-BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                           **DEFENDANT**

## ORDER

Pending is Defendant's Unopposed Motion to Remand (docket entry #15). Plaintiff does not object. For good cause shown, Defendant's motion (#15) is GRANTED.

This case is hereby remanded under sentence four of 42 U.S.C. § 405(g) for further development of the record and, if necessary, for a supplemental hearing. Specifically, the Administrative Law Judge should: (a) obtain vocational evidence regarding jobs Plaintiff can perform consistent with his residual functional capacity, and (b) explain any inconsistencies between the vocational evidence and the *Dictionary of Occupational Titles*.

IT IS SO ORDERED this 22nd day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE