**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JAMES REEVES**                                                                                                    **PLAINTIFF**

V.                              **CASE NO.: 3:09CV00178-BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                                          **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, this case is remanded to the Secretary, under Sentence four of the Social Security Act, 42 U.S.C. § 405(g), for actions consistent with the Order.

IT IS SO ORDERED this 22nd day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE