IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMES REEVES** **PLAINTIFF**

V.                    CASE NO.: 3:09CV00178-BD

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration** **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 (docket entry #18). In his motion, Plaintiff requests fees and expenses in the amount of $1,344.12. The Commissioner does not object to the amount requested (#20). Accordingly, Plaintiff's motion (#18) is GRANTED and Plaintiff is awarded $1,344.12 in fees and expenses.

IT IS SO ORDERED this 2nd day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE